IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

VICTOR M. RIOS,

      Appellant,

 v.
                                    Case No.  5D22-2399
                                    LT Case No. 2019-304751-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 15, 2022

3.800 Appeal from the Circuit Court
for Volusia County,
Karen A. Foxman, Judge.

Victor M. Rios, Monticello, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.